# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| LEON STAMBLER, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:10-cv-181 |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| INTUIT INC., et al | § | |
| | § | |
| Defendants. | § | |

## DOCKET CONTROL ORDER

In accordance with the Rule 26(f) conference held by the parties on October 8, 2010 and the status conference held with the Court on the 18th of October, 2010 it is hereby ORDERED that the following schedule of deadlines is in effect until further Order of this Court:

| STEP | ACTION | RULE | AGREED DUE DATE |
|---|---|---|---|
| 1 | Initial Case Management Conference | P.R. 2-1; Fed. R. Civ. P. 26(f) | October 18, 2010 |
| 2 | Patentee serves Disclosure of Asserted Claims and Preliminary Infringement Contentions of a reasonable number of representative claims | P.R. 3-1 | November 19, 2010 |
| 3 | Patentee makes Document Production Accompanying Disclosure | P.R. 3-2 | November 19, 2010 |
| 4 | Initial Disclosures | Fed. R. Civ. P. 26(a)(1) | November 5, 2010 |
| 5 | Accused Infringers serve Preliminary Invalidity Contentions | P.R. 3-3 | January 21, 2011 |
| 6 | Accused Infringers make Document Production Accompanying Preliminary Invalidity Contentions | P.R. 3-4 | January 21, 2011 |

| STEP | ACTION | RULE | AGREED DUE DATE |
|---|---|---|---|
| 7 | Patentee shall limit the number of asserted claims to no more than ten (10) and notify the accused infringers and the Court | | January 14, 2011 |
| 8 | All parties make Exchange of Proposed Terms and Claim Elements for Construction | P.R. 4-1(a) | January 28, 2011 |
| 9 | All parties meet and confer to discuss list of Proposed Terms and Claim Elements for Construction | P.R. 4-1(b) | February 11, 2011 |
| 10 | Deadline for early mediation at the Parties' request | | April 25, 2011 |
| 11 | All parties make Exchange of Preliminary Claim Constructions and Extrinsic Evidence | P.R. 4-2 | February 25, 2011 |
| 12 | All parties meet and confer to discuss Preliminary Claim Constructions and Extrinsic Evidence | P.R. 4-2(c) | March 4, 2011 |
| 13 | All parties jointly file Joint Claim Construction and Prehearing Statement | P.R. 4-3 | March 11, 2011 |
| 14 | Deadline to join other parties without leave of Court, which shall be at least 60 days before the deadline for filing dispositive motions | | May 2, 2011 |
| 15 | Deadline to file amended pleadings without leave of Court, which shall be at least 30 days before the deadline for filing dispositive motions | | February 1, 2012 |
| 16 | Completion of Claim Construction Discovery | P.R. 4-4 | March 11, 2011 |
| 17 | Patentee files opening claim construction brief | P.R. 4-5(a) | March 25, 2011 |

| STEP | ACTION | RULE | AGREED DUE DATE |
|---|---|---|---|
| 18 | Accused infringers file responsive claim construction brief | P.R. 4-5(b) | April 22, 2011 |
| 19 | Patentee files reply brief on claim construction | P.R. 4-5(c) | May 6, 2011 |
| 20 | ONLY WITH LEAVE OF COURT<br>Accused infringer files sur-reply brief on claim construction | | May 12, 2011 |
| 21 | Parties file Joint Claim Construction Chart | P.R. 4-5(d) | May 13, 2011 |
| 22 | Pre-hearing Conference and technical tutorial if necessary | | To be determined by the Court if needed. |
| 23 | Claim Construction Hearing | P.R. 4-6 | **May 25, 2011, at 9:00 a.m.** |
| 24 | Court's Claim Construction Ruling | | Subject to the Court's scheduling and/or use of a technical advisor |
| 25 | Patentee makes Final Infringement Contentions | P.R. 3-6(a) | The later of 30 days after claim construction ruling or January 4, 2012 |
| 26 | Accused Infringer makes Final Invalidity Contentions | P.R. 3-6(b) | The later of 50 days after claim construction ruling or January 20, 2012 |
| 27 | Accused Infringer makes disclosure relating to willfulness | P.R. 3-7 | The later of 50 days after claim construction ruling or January 20, 2012 |
| 28 | Accused Infringer makes Final Unenforceability Contentions and Document Production Accompanying Final Unenforceability Contentions | | The later of 60 days after claim construction ruling or February 3, 2012 |
| 29 | Deadline for completion of all fact discovery, which shall be at least 90 days before the final pre-trial conference | | The later of 80 days after claim construction ruling or February 17, 2012 |
| 30 | Deadline for disclosure of expert testimony on issues for which a party bears the burden of proof | Fed. R. Civ. P. 26(a)(2); L.R. CV-26(b) | The later of 90 days after claim construction ruling or March 2, 2011 |

- 4 -

| STEP | ACTION | RULE | AGREED DUE DATE |
|---|---|---|---|
| 31 | Deadline for disclosure of rebuttal expert testimony | Fed. R. Civ. P. 26(a)(2); L.R. CV-26(b) | The later of 120 days after claim construction ruling or April 6, 2012 |
| 32 | Deadline for late mediation at the Parties' request | | June 29, 2012 |
| 33 | Deadline for completion of expert discovery | | The later of 30 days after rebuttal expert testimony or May 4, 2012 |
| 34 | Deadline for objections to other parties' expert witnesses | | The later of 40 days after rebuttal expert testimony or May 18, 2012 |
| 35 | Deadline for filing dispositive motions, including motions on invalidity and unenforceability, which shall be at least 75 days before the initial pretrial conference | | July 2, 2012 |
| 36 | Deadline for filing all *Daubert* motions | | July 2, 2012 |
| 37 | Deadline for parties to make pretrial disclosures | Fed. R. Civ. P. 26(a)(3) | July 16, 2012 |
| 38 | Patentee to provide to other parties its information for Joint Final Pretrial Order, Proposed Jury Instruction and Verdict Form | | July 30, 2012 |
| 39 | Defendants and Third-parties to Provide to Patentee their information for Joint Final Pretrial Order, Proposed Jury Instruction and Verdict Form | | August 13, 2012 |

| STEP | ACTION | RULE | AGREED DUE DATE |
|------|--------|------|-----------------|
| 40 | Parties to file Proposed Joint Final Pretrial Order, Proposed Jury Instructions, Joint Verdict Forms, and Motions in Limine.  Prior to initial pretrial conference, parties shall confer with each other regarding the other party's Motion in Limine, deposition designations, and exhibits and shall submit to the Court in writing any objections they may have to the other party's Motions in Limine, deposition designations, and exhibits. | | September 4, 2012 |
| 41 | Initial Pretrial Conference and hearing on Motions in Limine if required and hearing on objections to deposition designations and exhibits | | **Court will set at a later date.** |
| 42 | Final Pretrial Conference before Judge David Folsom | | October 1, 2012 |
| 43 | Jury Selection before Judge David Folsom | | **Court will set at a later date.** |

SIGNED this 25th day of October, 2010.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE